UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| SHAWNTE L. SHADE, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:19-CV-051-TWP-DCP |
| | ) | | |
| RUSSELL WASHBURN, | ) | | |
| | ) | | |
| Respondent. | ) | | |

# **O R D E R**

For the reasons set forth in the memorandum opinion filed herewith:

1. Respondent's motion to dismiss the petition as time-barred [Doc. 8] is **GRANTED**;

2. The Clerk is **DIRECTED** to send a copy of the signature pages of the petition [Doc. 2 p. 14–15] and the memorandum in support thereof [Doc. 3 p. 37–38] to Petitioner, who shall have fifteen days from the date of entry of this order to return signed copies thereof;

3. If Petitioner does not timely submit signed copies of these documents, his unsigned petition and memorandum [Docs. 2 and 3] will be **STRICKEN** from the record;

4. A COA will not issue;

5. This action is **DISMISSED**; and

6. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R:**

                s/ Thomas W. Phillips
              SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *John L. Medearis*
 CLERK OF COURT